FILED

06/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0377

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0377

_____

ST. JAMES HEALTHCARE,

       Petitioner,

    v.

MONTANA SECOND JUDICIAL DISTRICT
COURT, BUTTE-SILVER BOW COUNTY,
HON. ROBERT J. WHALEN, Presiding,

       Respondent.

O R D E R

_____

Petitioner St. James Healthcare seeks a writ of supervisory control directing the Second Judicial District Court, Butte-Silver Bow County, to vacate its June 11, 2024 Temporary Restraining Order and Order to Show Cause in that court's Cause No. DV-23-308. St. James Healthcare alleges the District Court erred by imposing a prior restraint on constitutionally protected speech. St. James further requests this Court stay further District Court proceedings and stay enforcement of the Temporary Restraining Order pending resolution of this petition.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain summary responses. We will revisit the issue of stay in due course.

Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Second Judicial District Court and Frank Raiser, M.D., Plaintiff in the underlying District Court case, are granted until Friday, June 28, 2024, to prepare, file, and serve a response(s) to the petition for writ of supervisory control in Cause No. DV-23-308.

IT IS FURTHER ORDERED that the State's motion for stay is TAKEN UNDER ADVISEMENT.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Second Judicial District Court, Butte-Silver Bow County, Cause No. DV-23-308, and the Honorable Robert J. Whelan, presiding.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 20 2024